1  JACOB D. FLESHER – SBN 210565
   JASON W. SCHAFF – SBN 244285
2  JEREMY J. SCHROEDER – SBN 223118
   **FLESHER SCHAFF & SCHROEDER, INC.**
3  2202 Plaza Drive
   Rocklin, CA 95765
4  Telephone: (916) 672-6558
   Facsimile:  (916) 672-6602
5
   Attorneys for defendants,
6  NATIONAL RAILROAD PASSENGER CORPORATION and
   UNION PACIFIC RAILROAD COMPANY
7

8               IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              * * *

11 | FARHAMN RASOOL; MEHWISH KHALID, | **CASE NO.** |
   |---|---|
12 | Plaintiffs, | *Complaint filed: 7/7/2021*<br>*Trial Date: not set* |
13 | vs. | |
14 | UNION CITY; COUNTY OF ALAMEDA; STATE OF CALIFORNIA; AMTRAK; UNION PACIFIC RAILROAD COMPANY; and, DOES 1 through 25, inclusive. | **CERTIFICATE OF SERVICE** |
   | Defendants. | |

20  **I, Noelle Murray, certify and declare as follows:**

21      1.      I am over the age of 18 years and not a party to this action. My business address is

22  2202 Plaza Drive, Rocklin, California 95765, which is located in the city, county and state where the

23  mailing described below took place. On August 23, 2021, I caused to be served the within

24  document(s):

25  **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1331**

26                        **CIVIL COVER SHEET**

27      2.      I am familiar with my employer's practice for the collection and processing of

28  correspondence for mailing with the United States Postal Service and that each day's mail is

---
1
NOTICE OF REMOVAL OF ACTION

deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices at Rocklin, California, addressed as set forth below and via email to the email address provided by Plaintiff:

| Adina A. Ostoia<br>Kate Jamsheed<br>KJ Injury & Accident Lawyers, P.C.<br>P.O. Box 641249<br>Los Angeles, CA 90064 | **Attorneys for Plaintiffs**<br><br>adina@kjinjurylaw.com<br>kate@kjinjurylaw.com |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 23, 2021, at Rocklin, California.

_____
Tori Ho