UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAN RASOOL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNION CITY, et al.,<br><br>    Defendants. | Case No. 21-cv-06510-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 6 |

On August 30, 2021, Defendant Union City filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition was due 14 days after the motion was filed, which was September 13, 2021.

To date, Plaintiffs have not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiffs are ordered, on or before October 8, 2021, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant Union City may file a reply on or before October 15, 2021. The hearing on this matter is continued to **November 4, 2021** at **11:00 a.m.**

///

///

///

///

1    Defendant Union City is ordered to serve this order on Plaintiffs, and to file a proof of
2 service on the docket no later than three days from the date of this order.
3    IT IS SO ORDERED.
4 Dated: September 24, 2021

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2